1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MICHAEL EVANS

5

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN JOSE DIVISION

| | | |
|---|---|---|
| **MICHAEL EVANS,** | ) | Case No.: 5:11-cv-01862-PSG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| | ) | |
| **ASSOCIATES, LLC,** | ) | |
| | ) | |
| Defendant. | | |

NOW COMES the Plaintiff, MICHAEL EVANS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

Notice of Settlement

DATED: July 29, 2011          KROHN & MOSS, LTD.


                              By: /s/ Nicholas J. Bontrager          _

                                  Nicholas J. Bontrager
                                  Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on July 29, 2011, I served all counsel of record with a copy of this document by way of email at szahn@portfoliorecovery.com.


                              By:    /s/ Nicholas J. Bontrager       _

                                     Nicholas J. Bontrager, Esq.