UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL EVANS,<br><br>          Plaintiff,<br>     v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br><br>          Defendant. | Case No.: C-11-01862 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

Plaintiff Michael Evans has advised the court that the above-captioned action has settled. The parties shall file a stipulation of dismissal no later than September 16, 2011. If a stipulation of dismissal is not filed by that date, the parties shall appear on September 20, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: August 1, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge