UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL EVANS, | ) | Case No.: C 11-01862 PSG |
| Plaintiff, | ) | **ORDER DISMISSING CASE** |
| v. | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| Defendant. | ) | |

On November 29, 2011, the court ordered Plaintiff Michael Evans ("Evans") to appear on January 10, 2012 and show cause why the case should not be dismissed for failure to prosecute.[1]  Evans's former counsel served him with the order on December 2, 2011.[2]

Evans did not appear in court or otherwise respond to the order to show cause on January 10, 2012. Accordingly, the case is dismissed.

Dated:   2/29/2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 16.

[2] *See* Docket No. 18.

Case No. C 11-1862 PSG
ORDER DISMISSING CASE